PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Smittley Attorney
Supervisor Deputy Bruce MCGIGIN Defendents
Attorney General Xavier Becrea

TELEPHONE NO:                     FAX NO. *(Optional):*    (DC# 6-36254
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* DANNY JR CARDONAS COMPLAIN PLAINTIFF

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA FeolRAI COURT
STREET ADDRESS: 1300 CIAY ST SUITe 400 Judge Jeffery S. White
MAILING ADDRESS: 1300 CIAY St.
CITY AND ZIP CODE: OAKIANd, CA. 94612
BRANCH NAME:

PLAINTIFF: DANNY JR. CARDONAS

DEFENDANT: ATTORNEY GENORAI XAIVER BECERRA
Supe Ruisor Deputy GenoRA Bruce MCGIGIN

☒ DOES 1 TO Yes

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☒ AMENDED *(Number):*
Type *(check all that apply):*
☐ MOTOR VEHICLE   ☒ OTHER *(specify):*
☐ Property Damage   ☐ Wrongful Death
☒ Personal Injury   ☒ Other Damages *(specify):* PRUNITIVE

FILED
OCT 13 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Jurisdiction *(check all that apply):*   DeDAMAGE
☐ ACTION IS A LIMITED CIVIL CASE   DeFAUIT COURT ORder
Amount demanded ☐ does not exceed $10,000   PROADCESS DiSCOVERy
☐ exceeds $10,000, but does not exceed $25,000
☐ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)   FedRA 1 RUIe
☒ ACTION IS RECLASSIFIED by this amended complaint   34255
☒ from limited to unlimited JUMWO,000
☐ from unlimited to limited   ADeFAUIT ON CORTUI OR eR

CASE NUMBER:
19-8450-JSW

1. Plaintiff *(name or names):* DANNY JR CARDONAS TO HIRE ATTORNEY.
alleges causes of action against defendant *(name or names):*
DeFAUIt +AIIURe TO ANIATE JUSTIC ATTEMPT TO
2. This pleading, including attachments and exhibits, consists of the following number of pages: PRUNID PROCUTION PRUNITIVE DAMAGe RecoveRy +MAIT Ce-IT me THe J No VISIOn BOT HIOReD RecoveRy TRIAIIY
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☒ a public entity *(describe):*
      (4) ☐ a minor ☒ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☒ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☒ a public entity *(describe):*
      (4) ☐ a minor ☒ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):* DANNY JIR CARDONAS UNKNOWN OUT JTATe
      (5) ☒ other *(specify):* BUSSINESS

☒ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
COMPLAINT—Personal Injury, Property
Damage, Wrongful Death
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

SHORT TITLE: *fedAI LAW SUITe 1983 JUCTIONS fxNOW THiS IN THe form of TMY 0.000 LAWSUITe for COUNSIe O To geT CUTe RECORDS OReR NA (1th CURT*

CASE NUMBER: *4:19-CV-08450 JSW C:19-CV-00691-TLN-DMC-P*

4. ☐ Plaintiff *(name):* DANNY JR. CARDENA
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   *CORRECTion CDC OfficeRS & THeiR ATTORNeyS IN THiS LAW SUITe*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):* ☐
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☒ other *(specify):* JUDGe exCUTeD fedRAI ORDeR foR PRODUCe DiSCOVERY DOCUMeNTS WITHIN 90 DAY NOW exSPiReD WITH DefAUlt AttempT TO AVoid LAW SUITe ReCOVER PRUNITIVe

9. ☒ Plaintiff is required to comply with a claims statute, **and**
   a. ☒ has complied with applicable claims statutes, **or** Nees ATTORNeyS MONey DAMAGeS DeeM I'M
   b. ☐ is excused from complying because *(specify):* TO AQViRY ATTORNeX for MoRe IN TiTleD TO exCUTe PRUNITIVe for 2 moRe SUITe To DiSCOVeR PRODUCTeR TOTAI LITigATION FeDeRAI DAMAGe CRimiNAL YOTAI COMbilition LieN bIND DAMAGe INTeRAbILiTie STOSe INTeRAbIliTie

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☒ General Negligence (AllOUS INdiFFerences WANTINg me dead DISCRIMANATUN
   c. ☒ Intentional Tort
   d. ☒ Products Liability
   e. ☒ Premises Liability
   f. ☒ Other *(specify):*

PRUNITIVe DAMAges Ne-ed THe Sum of
Sepregte New LAW Suite Default Discovery motion
11. Plaintiff has suffered Need Hire my own ATTORNey To comply with order & set
   a. ☐ wage loss                  future DATe for DomANd JURY Recovery
   b. ☐ loss of use of property                              LeABliY for
   c. ☐ hospital and medical expenses                       PRUNITIve DAMAges
   d. ☐ general damage                                   INTITled To full
   e. ☐ property damage                                Recovery of 26.0
   f. ☐ loss of earning capacity                          million dollAReiS.
   g. ☐ other damage *(specify):*

LOSS of VISION To Both eye's
LOSS of money To Hire ATTORNey
Lo LEABliTY for LAw Suite. BRAIN Low FUNCTIUMAL
12. ☒ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12. WAS Dead WAS WANTed Oxcuted
   b. ☐ as follows: Attempt Kill murder me Avoid LeABliTies
      Attempt To Commit PURGORY IN tHe Court
      DeNiell of 4TH 6TH constitutional Right To AiR Access
      To A ATTORNex To Represent me CRUel UNUSANo PUNishment
13. The relief sought in this complaint is within the jurisdiction of this court. DiSCRIMINATION Told All BlAcks LiKe Vi will Kill wATCH ANy oNe CAN gel it
                                                To officAl words y

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for Tump.
   a. (1) ☐ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☐ according to proof 2 6 i0 Million DollARes tall BlINdRoth eyes Low CogniTexUctioNAl
      (2) ☒ in the amount of: $ RetAIN LAYWeR IN tHis LAW Suite of 10,000 IN toKol
15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):* AWARd To
                                                        Nike County
Date: 10/6/2020                                        of Swee COURt pleASe
                                                        Act please AppoiNt
G-36254
DANNY TR. CARDeNAS
(TYPE OR PRINT NAME)                                 (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**                    Page 3 of 3

WRiTeR/WITNeSS Jose ORTegA.
DISABliTRS

INMATE COPY

ABSTRACT OF JUDGMENT – PRISON COMMITMENT - DETERMINATE
[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

CR-290

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA | | |
|---|---|---|

G 362254 A

ENDORSED
FILED
ALAMEDA COUNTY

MAR 2 2 2011

CLERK OF THE SUPERIOR COURT
By MICHELLE SOUZA
Deputy

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **DANIEL CARDENAS, JR.**

DOB: **10-30-82**

H-50097      -A
            -B
            -C
            -D

AKA:

CII#: **29048408**

BOOKING INFORMATION: PFN: **BDU350**  CEN: **0429251**

☐ NOT PRESENT

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT

☐ AMENDED
ABSTRACT

| DATE OF HEARING 03-02-11 | DEPT. NO. 513 | JUDGE STUART HING |
|---|---|---|
| CLERK Susan Ferreira | REPORTER Deborah Wolfe #6121 | PROBATION NUMBER OR PROBATION OFFICER Ryan McCreary, DPO   ☐ IMMEDIATE SENTENCING |
| COUNSEL FOR PEOPLE  ☒ Deputy District Attorney   ☐ State Attorney General Paul Pinney, DDA | | COUNSEL FOR DEFENDANT   ☐ Deputy Public Defender   ☒ Private Counsel David Byron, Esquire |

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment
   ___ (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (Month/Date/Year) | Convicted by JURY | COURT | PLEA | Term (L, M, U) | Concurrent | Consecutive 1/3 Violent | Consecutive 1/3 NON Violent | Consecutive Full Term | Incomplete sentence (refer to item 6) | 654 Stay | Principal or Consecutive Time Imposed YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187(a)/664(a) | Attempted Murder | 2010 | 01-31-11 | | | X | U | | | | | | | 09 | 00 |
| 6 | PC | 137(b) | Intimidation of Witness | 2010 | 01-31-11 | | | X | M | | | | X | | | 03 | 00 |
| 10 | PC | 137(b) | Intimidation of Witness | 2010 | 01-31-11 | | | X | M | | | | X | | | 03 | 00 |
| | | | | | . . | | | | | | | | | | | | |
| | | | | | . . | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| COUNT | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| 1 | 12022.7(a) PC | 3 | 12022(b)(1) PC | 1 | | | 04 | 00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL | |
|---|---|---|---|---|---|---|---|
| 667.5(b) PC | 1 | | | | | 01 | 00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

4. ☐ Defendant was sentenced per:  ☐ PC 667 (b)-(i) or PC 1170.12 (two-strikes)
   ☐ PC 1170(a)(3). Pre-confinement credits equal or exceed time imposed (Paper Commitment). Deft. ordered to report to local Parole Office upon release.

5. INCOMPLETE SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |

6. ☐ TOTAL TIME ON ATTACHED PAGES: .

7. ☐ Additional indeterminate term (see CR-292).

8. ☐ TOTAL TIME excluding county jail term:  | 20 | 00 |

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR-290 (Rev. July 1, 2009)

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE

Penal Code
§§ 1213, 1213.5

INMATE COPY

| PEOPLE OF THE STATE OF CALIFORNIA vs. | | | | | |
|---|---|---|---|---|---|
| DEFENDANT: **DANIEL CARDENAS, JR.** | | | | | |
| H-50097 | -A | | -B | -C | -D |

9.   FINANCIAL OBLIGATIONS (including any applicable penalty assessments):

a.   Restitution Fines(s):
Case A: $1,000.00 per PC 1202.4(b) forthwith per PC 2085.5;     $1,000.00 per PC 1202.45 suspended unless parole is revoked.
      $_____ per PC 1202.44 is now due, probation having been revoked.
Case B: $_____per PC 1202.4(b) forthwith per PC 2085.5;     $_____per PC 1202.45 suspended unless parole is revoked.
      $_____ per PC 1202.44 is now due, probation having been revoked.
Case C: $_____per PC 1202.4(b) forthwith per PC 2085.5;     $_____per PC 1202.45 suspended unless parole is revoked.
      $_____ per PC 1202.44 is now due, probation having been revoked.
Case D: $_____per PC 1202.4(b) forthwith per PC 2085.5;     $_____per PC 1202.45 suspended unless parole is revoked.
      $_____ per PC 1202.44 is now due, probation having been revoked.

b.   Restitution per PC 1202.4(f):

| Case A: $_____ | ☒ Amount to be determined to: | ☐ victim(s)* | ☐ Restitution Fund |
|---|---|---|---|
| Case B: $_____ | ☐ Amount to be determined to: | ☐ victim(s)* | ☐ Restitution Fund |
| Case C: $_____ | ☐ Amount to be determined to: | ☐ victim(s)* | ☐ Restitution Fund |
| Case D: $_____ | ☐ Amount to be determined to: | ☐ victim(s)* | ☐ Restitution Fund |

      ☐ * Victim name(s) if known and amount breakdown in item 11, below.   ☐ * Victim name(s) in probation officer's report.

c.   Fine(s):
Case A: $_____per PC 1202.5. $_____ per VC 23550 or _____ days ☐county jail ☐prison in lieu of fine ☐concurrent ☐consecutive
      ☐ includes:   ☐ $50 Lab Fee per HS 11372.5(a)  ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense
Case B: $_____ per PC 1202.5. $_____ per VC 23550 or _____ days ☐county jail ☐prison in lieu of fine ☐concurrent ☐consecutive
      ☐ includes:   ☐ $50 Lab Fee per HS 11372.5(a)  ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense
Case C: $_____per PC 1202.5. $_____ per VC 23550 or _____ days ☐county jail ☐prison in lieu of fine ☐concurrent ☐consecutive
      ☐ includes:   ☐ $50 Lab Fee per HS 11372.5(a)  ☐ $_____ Drug Program Fee per HS 11372.7a) for each qualifying offense
Case D: $_____per PC 1202.5. $_____ per VC 23550 or _____ days ☐county jail ☐prison in lieu of fine ☐concurrent ☐consecutive
      ☐ includes:   ☐ $50 Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

d.   Court Security Fee: $240.00 per PC 1465.8.   e. Criminal Conviction Assessment: $180.00 per GC 70373.

10.   TESTING:  a. ☒ Compliance with PC 296 verified   b. ☐ AIDS per PC 1202.1   c. ☐ other (specify): _____
11.   OTHER ORDERS (specify): Pay $250.00 Probation Investigation Fee per PC 1203.1b.
12.   IMMEDIATE SENTENCING
      ☐ Probation to prepare and submit post-sentence report to CDCR per PC 1203c.   Defendant's race/national origin: HIS
13.   EXECUTION OF SENTENCING IMPOSED
      a. ☒ at initial sentencing hearing                           d. ☐ at resentencing per recall of commitment (PC 1170(d))
      b. ☐ at resentencing per decision on appeal            e. ☐ other (specify):
      c. ☐ after revocation of probation

14.   CREDIT FOR TIME SERVED

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | | | CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 403 | 351 | 52 | ☐ 4019 | ☒ 2933.1 | C | | | ☐ 4019 | ☐ 2933.1 |
| B | | | | ☐ 4019 | ☐ 2933.1 | D | | | ☐ 4019 | ☐ 2933.1 |

| DATE SENTENCE PRONOUNCED: 03-02-11 | TIME SERVED IN STATE INSTITUTION | | |
|---|---|---|---|
| | DMH ( ) | CDC ( ) | CRC ( ) |

15.   Defendant is remanded to the custody of the sheriff:  ☒forthwith  ☐after 48 hours excluding Saturdays, Sundays and holidays.
To be delivered to: ☒ the reception center designated by Director, California Dept. of Corrections and Rehabilitation: ☒San Quentin ☐Chowchilla
                    ☐ other (specify):

CLERK OF THE COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE *Michelle Souza* | DATE |
|---|---|
| Michelle Souza | 03-22-11 |

CR-290 (Rev. July 1, 2009)      ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE   Page 2 of 2

POOR ORIGINAL
Dept. No. 605

INMATE COPY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA,
FREMONT HALL OF JUSTICE

FILED
ALAMEDA COUNTY

JAN 31 2011

CLERK OF THE SUPERIOR COURT
By_____
Deputy

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | NO. 237105 |
| v. | THIRD AMENDED COMPLAINT |
| DANNY CARDENAS JR<br>also known as<br>RUDY AYALA | PFN: BDU350     CEN: 0429251 |
| | H-50297 |
| | TA 01/31/2011 |
| Defendant(s). | RESTITUTION |

The Undersigned, being sworn says, on Information and belief, that DANNY CARDENAS, JR also known as RUDY AYALA did, in the County of Alameda, State of California, on or about March 16, 2010, commit a Felony, to wit: WILLFUL, DELIBERATE, PREMEDITATED ATTEMPTED MURDER, a violation of section 187(a)/664(a) of the PENAL CODE of California, in that said defendant(s) did unlawfully and with malice aforethought, attempt to murder CRYSTAL CARDENAS, a human being.    It is further alleged that the aforesaid attempted murder was committed willfully, deliberately and with premeditation within the meaning of Penal Code section 664(a) and is a serious felony pursuant to Penal Code section 1192.7(e).

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

## GREAT BODILY INJURY CLAUSE AS TO DEFENDANT CARDENAS

It is further alleged as to count one, that in the commission of the above offense the said defendant DANNYCARDENAS, JR,  personally inflicted great bodily injury upon CRYSTAL CARDENAS, not an accomplice to the above offense, within the meaning of Penal Code Section 12022.7(a) and also causing the above offense to become a serious felony within the meaning of Penal Code Section 1192.7(c)(8).

"NOTICE: This offense is a serious felony and a violent felony within the meaning of Penal Code sections 1192.7(c)(8) and 667.5(c)(8)."

## USE OF DEADLY WEAPON CLAUSE AS TO DEFENDANT CARDENAS

It is further alleged as to count one, that in the commission and attempted commission of the above offense, the said defendant DANNY CARDENAS, JR, personally used a deadly and dangerous weapon(s), to wit: KNIFE, said use not being an element of the above offense, within the meaning of Penal Code Section 12022(b)(1) and causing the above offense to be a serious felony within the meaning of Penal Code section 1192.7(c)(23).

The foregoing instrument is a correct copy of the original on file in this office

ATTEST:   MAR 2 2011

Executive Officer/Clerk of the Superior Court.
State of California, County of Alameda
BY _____  DEPUTY




POOR ORIGINAL

## SECOND COUNT

The Undersigned further deposes and says on Information and belief, that said DANNY CARDENAS, JR also known as RUDY AYALA did, in the County of Alameda, State of California, on or about March 16, 2010, commit a Felony, to wit: ASSAULT WITH DEADLY WEAPON, a violation of section 245(a)(1) of the PENAL CODE of California, in that said defendant(s) did willfully and unlawfully commit an assault upon CRYSTAL CARDENAS with a deadly weapon, to wit: KNIFE, and by means of force likely to produce great bodily injury.

It is further alleged that the above offense is a serious felony within the meaning of Penal Code Section 1192.7(c)(31) in that the assault was committed with a deadly and dangerous weapon.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

## GREAT BODILY INJURY CLAUSE AS TO DEFENDANT CARDENAS

It is further alleged as to count two, that in the commission of the above offense the said defendant DANNY CARDENAS, JR, personally inflicted great bodily injury upon CRYSTAL CARDENAS, not an accomplice to the above offense, within the meaning of Penal Code Section 12022.7(a) and also causing the above offense to become a serious felony within the meaning of Penal Code Section 1192.7(c)(8).

"NOTICE: This offense is a serious felony and a violent felony within the meaning of Penal Code sections 1192.7(c)(8) and 667.5(c)(8)."

## THIRD COUNT

The Undersigned further deposes and says on Information and belief, that said DANNY CARDENAS, JR also known as RUDY AYALA did, in the County of Alameda, State of California, on or about March 16, 2010, commit a Felony, to wit: ASSAULT WITH DEADLY WEAPON, a violation of section 245(a)(1) of the PENAL CODE of California, in that said defendant(s) did willfully and unlawfully commit an assault upon CRYSTAL CARDENAS with a deadly weapon, to wit: KNIFE, and by means of force likely to produce great bodily injury.

It is further alleged that the above offense is a serious felony within the meaning of Penal Code Section 1192.7(c)(31) in that the assault was committed with a deadly and dangerous weapon.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

## GREAT BODILY INJURY CLAUSE AS TO DEFENDANT CARDENAS

It is further alleged as to count three, that in the commission of the above offense the said defendant DANNY CARDENAS, JR, personally inflicted great bodily injury upon CRYSTAL CARDENAS, not an accomplice to the above offense, within the meaning of Penal Code Section 12022.7(a) and also causing the above offense to become a serious felony within the meaning of Penal Code Section 1192.7(c)(8).

"NOTICE: This offense is a serious felony and a violent felony within the meaning of Penal Code sections 1192.7(c)(8) and 667.5(c)(8)."



INMATE COPY   POOR ORIGINAL

## FOURTH COUNT

The Undersigned further deposes and says on Information and belief, that said DANNYCARDENAS, JR also known as RUDY AYALA did, in the County of Alameda, State of California, on or about March 16, 2010, commit a Felony, to wit: CRIMINAL THREATS, a violation of section 422 of the PENAL CODE of California, in that said defendant(s) did willfully and unlawfully threaten to commit a crime which would result in death and great bodily injury to CRYSTAL CARDENAS, with the specific intent that the statement be taken as a threat.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

It is further alleged that the threatened crime, on its face and under the circumstances in which it was made, was so unequivocal, unconditional, immediate and specific as to convey to CRYSTAL CARDENAS a gravity of purpose and an immediate prospect of execution.

It is further alleged that the said CRYSTAL CARDENAS was reasonably in sustained fear of his/her safety and the safety of his/her immediate family.

## GREAT BODILY INJURY CLAUSE AS TO DEFENDANT CARDENAS

It is further alleged as to count four, that in the commission of the above offense the said defendant DANNY CARDENAS, JR, personally inflicted great bodily injury upon CRYSTAL CARDENAS, not an accomplice to the above offense, within the meaning of Penal Code Section 12022.7(a) and also causing the above offense to become a serious felony within the meaning of Penal Code Section 1192.7(c)(8).

"NOTICE: This offense is a serious felony and a violent felony within the meaning of Penal Code sections 1192.7(c)(8) and 667.5(c)(8)."

## USE OF DEADLY WEAPON CLAUSE AS TO DEFENDANT CARDENAS

It is further alleged as to count four, that in the commission and attempted commission of the above offense, the said defendant DANNYCARDENAS, JR, personally used a deadly and dangerous weapon(s), to wit: KNIFE, said use not being an element of the above offense, within the meaning of Penal Code Section 12022(b)(1) and causing the above offense to be a serious felony within the meaning of Penal Code section 1192.7(c)(23).

## FIFTH COUNT

The Undersigned further deposes and says on Information and belief, that said DANNYCARDENAS, JR also known as RUDY AYALA did, in the County of Alameda, State of California, between March 16, 2010 and April 14, 2010, commit a Felony, to wit: DISSUADING A WITNESS FROM PROSECUTING A CRIME, a violation of section 136.1(b)(2) of the PENAL CODE of California, in that said defendant(s) did unlawfully attempt to prevent and dissuade CRYSTAL CARDENAS, a victim and witness of a crime from causing a complaint, indictment, information, probation and parole violation to be sought and prosecuted and assisting in the prosecution thereof.

## SIXTH COUNT

The Undersigned further deposes and says on Information and belief, that said DANNYCARDENAS, JR also known as RUDY AYALA did, in the County of Alameda, State of California, between March 17, 2010 and April 14, 2010, commit a Felony, to wit: INTIMIDATION OF WITNESS, a violation of section 137(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully attempt by force and threat of force and by the use of fraud to induce CRYSTAL CARDENAS, a witness and person about to be called as a witness, and about to give material information pertaining to a crime to a law enforcement official, to give false and withhold true testimony.

INMATE COPY     POOR ORIGINAL

## SEVENTH COUNT

The Undersigned further deposes and says on Information and belief, that said DANNY CARDENAS, JR also known as RUDY AYALA did, in the County of Alameda, State of California, between March 18, 2010 and April 14, 2010, commit a Felony, to wit: DISSUADING A WITNESS FROM PROSECUTING A CRIME, a violation of section 136.1(b)(2) of the PENAL CODE of California, in that said defendant(s) did unlawfully attempt to prevent and dissuade CHRISTINE PERREIRA, a victim and witness of a crime from causing a complaint, indictment, information, probation and parole violation to be sought and prosecuted and assisting in the prosecution thereof.

## EIGHTH COUNT

The Undersigned further deposes and says on Information and belief, that said DANNY CARDENAS, JR also known as RUDY AYALA did, in the County of Alameda, State of California, between April 14, 2010 and April 14, 2010, commit a Felony, to wit: INTIMIDATION OF WITNESS, a violation of section 137(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully attempt by force and threat of force and by the use of fraud to induce CHRISTINE PERREIRA, a witness and person about to be called as a witness, and about to give material information pertaining to a crime to a law enforcement official, to give false and withhold true testimony.

## NINTH COUNT

The Undersigned further deposes and says on Information and belief, that said DANNY CARDENAS, JR also known as RUDY AYALA did, in the County of Alameda, State of California, on or about June 16, 2010, commit a Felony, to wit: SOLICITATION OF MURDER, a violation of section 653f(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully and with the intent that the crime be committed, solicit another, to wit: VIRGINIA RODRIGUEZ, to commit and join in the commission of the murder of CRYSTAL CARDENAS AND MICHAEL CARDENAS, human beings.

## TENTH COUNT

The Undersigned further deposes and says on Information and belief, that said DANNY CARDENAS, JR also known as RUDY AYALA did, in the County of Alameda, State of California, on or about April 28, 2010, commit a Felony, to wit: INTIMIDATION OF WITNESS, a violation of section 137(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully attempt by force and threat of force and by the use of fraud to induce MICHAEL CARDENAS, a witness and person about to be called as a witness, and about to give material information pertaining to a crime to a law enforcement official, to give false and withhold true testimony.

## FIRST PRIOR CONVICTION AS TO DEFENDANT CARDENAS

The undersigned further alleges that before the commission of the offense specified above, said defendant DANNY CARDENAS, JR also known as RUDY AYALA, on or about September 22, 2004, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Felony, to wit: POSSESSION FOR SALE OF A CONTROLLED SUBSTANCE, a violation of section 11378 of the HEALTH AND SAFETY CODE of California, and received a sentence of probation therefor.



INMATE COPY   **POOR ORIGINAL**

## SECOND PRIOR CONVICTION AS TO DEFENDANT CARDENAS

The undersigned further alleges that before the commission of the offense specified above, said defendant DANNY CARDENAS, JR also known as RUDY AYALA, on or about August 29, 2003, was convicted in the Superior Court of the State of California, in and for the County of SAN JOAQUIN, of the crime of a FELONY, to wit: POSSESSION OF A CONTROLLED SUBSTANCE, a violation of section 11377(a) of the HEALTH AND SAFETY CODE of California, and received a prison term therefor.

## PRIOR SEPARATE PRISON TERM (PC 667.5(B))

It is further alleged that the above prior conviction is within the purview of Penal Code section 667.5(b) and that a separate term of imprisonment was served therefor as described in Penal Code section 667.5 for said offense, and that the defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

## THIRD PRIOR CONVICTION AS TO DEFENDANT CARDENAS

The undersigned further alleges that before the commission of the offense specified above, said defendant DANNY CARDENAS, JR also known as RUDY AYALA, on or about August 11, 2005, was convicted in the Superior Court of the State of California, in and for the County of SAN JOAQUIN, of the crime of a Felony, to wit: POSSESSION OF A CONTROLLED SUBSTANCE, a violation of section 11377(a) of the HEALTH AND SAFETY CODE of California, and received a prison term therefor.

## FOURTH PRIOR CONVICTION AS TO DEFENDANT CARDENAS

The undersigned further alleges that before the commission of the offense specified above, said defendant DANNY CARDENAS, JR also known as RUDY AYALA, on or about August 11, 2005, was convicted in the Superior Court of the State of California, in and for the County of SAN JOAQUIN, of the crime of a Felony, to wit: UNLAWFUL DRIVING OR TAKING OF A VEHICLE, a violation of section 10851(a) of the VEHICLE CODE of California, and received a prison term therefor.

INMATE COPY

POOR ORIGINAL

## FIFTH PRIOR CONVICTION AS TO DEFENDANT CARDENAS

The undersigned further alleges that before the commission of the offense specified above, said defendant DANNY CARDENAS, JR also known as RUDY AYALA, on or about July 28, 2003, was convicted in the Superior Court of the State of California, in and for the County of SAN JOAQUIIN, of the crime of a Felony, to wit: EVADING AN OFFICER, WILLFUL DISREGARD, a violation of section 2800.2(a) of the VEHICLE CODE of California, and received a prison term therefor.

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by Penal Code Section 1054.3.

Complainant therefore prays that a warrant issue and that said defendant(s) be dealt with according to law.

Subscribed and sworn to before me,
Monday, January 31, 2011

/s/ Union City PD-100316005; Union City PD-100325033

ROBERT C. ALOE
Deputy District Attorney
State Bar #104176 hb
Alameda County, California

CUST

## INMATE RAP ROUTE SLIP

To: ADA COORDINATOR                    Date: August 18, 2020

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number  MCSP-D-20-02515  By Inmate  CARDENAS, G36254

Please review this Reasonable Accommodation Request form (CDCR 1824) with the Reasonable Accommodation Panel (RAP) and provide a final response within 30 calendar day as noted in the below due date.

Request Issue:  **ADA**
Due Date:  **9/17/2020**


B. Cassesi, CCII
Inmate Appeals Coordinator (A)
MCSP X6643


# ADA
# RAP

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 8/25/2020    **Date IAC Received 1824:** 8/18/2020    **1824 Log Number:** 20-02515

**Inmate Name: CARDENAS**    **CDCR #:** G36254    **Housing:** D18-A102-3L

**RAP Staff Present:** J. Weiss, **A.W. ADA; S. Wong, MD;** R. Deo, **CCII ADA;** B. Cassesi, **CCII(A);** R. Mosqueda, **CCI ADA;** L. Watson, **HCCA;** D. Azevedo, **AGPA; J. Andres, Sgt.; C. Pap, SPS;** S. Russell, OT.

**Summary of Inmate's 1824 Request:** Inmate CARDENAS states he wants a copy of "ADA-1170D Recall Resentence filed in Vacaville State Prison of record 2019, RAP Sheet, and response to request."

---

### Interim Accommodation:

☒ No interim accommodation required as the inmate's issues are not found to cause personal injury or other serious harm while processing of this 1824.

---

### RAP is unable to process the following request(s):

☐ Paroled/discharged/transferred.    ☐ Duplicate request. See CDCR 1824 log #:

☐ Refused to cooperate.    ☐ Other:

**Final Response:** The Reasonable Accommodation Panel (RAP) members reviewed your request on 8/25/2020. This review encompassed your recent health care information, evaluations and SOMS file. A Disability Placement Program Accommodation Summary identifies you as an Armstrong Class Member DPV, and as a participant in the Mental Health Services Delivery System at the EOP level of care. The RAP reviewed your SOMS/ERMS file, based on the limited information provided by you could not locate the requested documents, and determined the issue in this case to be a Records matter. You are encouraged to write to the Records department to request copies of documents in your Central File. There are no barriers to accessing programs and services and no accommodation is required at this time.

**Direction If Dissatisfied:** This RAP decision is made based on medical evaluations/decisions. If you disagree with the medical evaluations/final decisions that have been made you may address your disagreement by attaching the CDCR 1824 package along with the RAP response to a newly completed CDCR 602 Healthcare Appeal (blue) form and placing it in a secure appeal collection box. If you agree with the medical evaluations/decisions but disagree with the decision made by the RAP, you may address your disagreement by attaching the CDCR 1824 package along with the RAP response to a newly completed CDCR 602 Inmate Appeal (green) form and placing it in a secure appeal collection box.

**Effective Communication:** A review of the Test of Adult Basic Education list confirms you have a Reading Grade Point Level below 4.0, therefore special accommodations will be arranged with your correctional counselor to ensure effective communication and understanding of the decisions made in this response.

_____        _____        8/31/20
Jean Weiss
**ADA Coordinator/Designee**        **Signature**        **Date sent to inmate**

POOR ORIGINAL

CARDENAS, DANNY

DOCKET #H50097

Information in this report was obtained from one or more of the following sources: CII, NCIC, CLETS, FBI, Alameda County CRIMS, CORPUS, PRISM, Alameda County Probation Adult and Juvenile Files and other sources, such as other California counties or other state criminal records.

## CRIMINAL HISTORY

Juvenile:

Date:                          Offense and Disposition:

05/23/1996                 Offense:  PC 245(A) (1) F.
HAYWARD PD
                               Disposition:  01/02/2004: Sustained finding, committed to CYA.
                               03/14/2001: paroled from CYA.
                               06/04/2002: parole revoked.
                               03/04/2003: paroled from CYA.
                               12/05/2003: discharged.

## Alameda County Adult Convictions for DANIEL CARDENAS, PFN:  BDU350

Date:                          Offense and Disposition:

12/28/2003                 Offense:  HS 11377(A) M.
UNION CITY PD
CEN: 3307289             Disposition:  01/02/2004: Convicted, 3 years court probation, 25 days
FHJ - 206495             jail, $120 fine.

03/15/2004                 Offense:  HS 11364 M.
HAYWARD PD
CEN: 4240178             Disposition:  06/01/2004: Convicted.
HHJ - 373503

03/15/2004                 Offense:  PC 148(A)(1) M.
HAYWARD PD
CEN: 4240178             Disposition:  06/01/2004: Convicted.
HHJ - 373503

03/15/2004                 Offense:  HS 11500(A) M.
HAYWARD PD
CEN: 4240178             Disposition:  06/01/2004: Convicted, 3 years court probation, 90 days
HHJ - 373503             jail, $120 fine.

03/18/2004                 Offense:  PC 12020(A)(4 M.
UNION CITY PD
CEN: 4240974             Disposition:  03/25/2004: Convicted, 3 years court probation, 238 days
FHJ - 207481             jail, $410 fine.

2

CARDENAS, DANNY                                    DOCKET #H50097

05/16/2004                  Offense: HS 11378 F.
UNION CITY PD
CEN: 4254520                Disposition: 09/22/2004: Convicted, 5 years formal probation, 120
RCD - H36893C               days jail.

11/30/2005                  Offense: VC 23152(A) M.
HAYWARD PD
CEN: 5267248                Disposition: 12/19/2005: Convicted, 3 years court probation, 10 days
HHJ - 386906                jail, $1,485 fine.

04/23/2008                  Offense: PC 484(A) M.
UNION CITY PD
CEN: 8310879                Disposition: 05/19/2008: Convicted, 3 years court probation, 30 days
FHJ - 228231                jail, $500 fine.

03/17/2010                  Offense: PC 187(a)/664 F; PC 137(b) F; PC 137(b) F; HS 11378(a) F.
UNION CITY PD
CEN: 0429251
RCD -
                            Disposition: 01/31/2011: Convicted, pending R&S.

Out of County Adult Convictions:

Date:                       Offense and Disposition:

05/28/2003                  Offense: VC 23152(B) M; VC 14601(A) M; PC 12031(A) M;
STOCKTON PD                 VC 2800.2 F.

                            Disposition: 07/28/2003: Convicted, 5 years probation, fine, restitution.

08/14/2003                  Offense: VC 14601.1(A) M; HS 11377(A) F.
STOCKTON PD
                            Disposition: 08/29/2003: Convicted, 5 years probation, fine, restitution.

07/30/2005                  Offense: HS 11377(A) F; VC 10851(A) F.
SHERIFFS OFFICE
(STOCKTON, CA)              Disposition: 08/11/2005: Convicted, 5 years probation, $20 fine, $200
                            restitution.

09/03/2008                  Offense: VC 10851 (A) F; VC 2800.2 F; HS 11377(A) F.
SHERIFFS OFFICE
(STOCKTON, CA)              Disposition: 10/16/2008: 2 years state prison.

United States Citizen:  (X)  Yes  ( ) No

3

**INMATE COPY**

**POOR ORIGINAL**

102-753 5M 7/61 (new)
03-22-11 mls

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**IN AND FOR THE COUNTY OF ALAMEDA**

**DEPT. 513**

| Date: Mar. 2, 2011 | Hon. | STUART HING | , Judge | Susan Ferreira | , Deputy Clerk |
|---|---|---|---|---|---|
| | | | , Deputy Sheriff | Deborah Wolfe #6121 | , Reporter |

**THE PEOPLE OF THE STATE OF CALIFORNIA**

Plaintiff

vs.

**DANIEL CARDENAS, JR.**                     Defendant

Counsel appearing
for Plaintiff

Paul Pinney, Deputy District Attorney

Counsel appearing
for Defendant

David Byron, Esquire

| NATURE OF PROCEEDINGS: | REPORT AND SENTENCE | ACTION NO. | H-50097 |
|---|---|---|---|
| | | | BDU350 |
| | | | 0429251 |

Action comes on calendar this day, having been regularly set, for report and sentence. Probation Officer appearing is Ryan McCreary.

The defendant is present. The Court denies probation.

The defendant having been convicted on January 31, 2011 by plea of NO CONTEST to the offenses of felony, to wit: **Attempted Murder**, a violation of Section **187(a)/664(a)** of the Penal Code of California, as orally amended in **Count One** of the Third Amended Complaint and **Intimidation of Witness**, a violation of Section **137(b)** of the **Penal Code** of California as charged in **Counts Six and Ten** of the Third Amended Complaint. The defendant *ADMITS* the *Great Bodily Injury Clause* pursuant to *Penal Code Section 12022.7(a)* and the *Use of Deadly Weapon Clause* pursuant to *Penal Code Section 12022(b)(1)* as charged in *Count One* of the Third Amended Complaint and further *ADMITS* the *Second Prior Conviction* as charged in the Third Amended Complaint. Court found the defendant GUILTY as to Counts One, Six and Ten and further found the Great Bodily Injury Clause and the Use of Deadly Weapon Clause as charged in Count One and the Second Prior Conviction as charged in the Third Amended Complaint to be TRUE. On motion of the District Attorney, Court dismissed Counts Two through Five and Seven through Nine as charged in the Third Amended Complaint and struck the First and Third through Fifth Prior Convictions as charged in the Third Amended Complaint for sentencing purposes only.

The defendant waives formal arraignment for sentence and has no legal cause to show why the judgment of this Court should not be pronounced against him. The Court pronounces judgment.

The defendant has been held in custody for 351 actual days plus **52** days good time / work time credit for a total of **403** days as a result of the same criminal act or acts for which he has been convicted.

It is **ORDERED** that the said defendant be punished by imprisonment in state prison of the State of California for the UPPER term of **NINE (9) YEARS** as to Count One plus for the term of **THREE (3) YEARS** as to the Great Bodily Injury Clause and plus for the term of **ONE (1) YEAR** as to the Use of Deadly Weapon Clause; for the MIDDLE term of **THREE (3) YEARS** each as to Counts Six and Ten and for the term of **ONE (1) YEAR** as to the Second Prior Conviction. TOTAL STATE PRISON TERM is **TWENTY (20) YEARS.**

It is further **ORDERED** that sentences shall be served in respect to one another as follows: the term imposed as to the Great Bodily Injury Clause to be served consecutively to the term imposed as to Count One; the term imposed as to the Use of Deadly Weapon Clause in Count One to be served consecutively to the term imposed as to the Great Bodily Injury Clause in Count One; the term imposed as to Count Six to be served consecutively to the term imposed as to the Use of Deadly Weapon Clause in Count One; the term imposed as to Count Ten to be served consecutively to the term imposed as to Count Six and the term imposed as to the Second Prior Conviction to be served consecutively to the term imposed as to Count Ten.

and in respect to any prior incomplete sentence(s) as follows:          "THE COURT MAKES NO ORDER"

Defendant is to pay $1,000.00 Restitution Fine pursuant to Section 1202.4(b) of the Penal Code.
Defendant is to pay $1,000.00 Parole Violation Fine pursuant to Section 1202.45 of the Penal Code; suspended unless parole is revoked.
Defendant is to pay $250.00 Probation Investigation Fee pursuant to Section 1203.1b of the Penal Code.
Defendant is to pay $240.00 Court Security Fee pursuant to Section 1465.8 of the Penal Code.
Defendant is to pay $180.00 Criminal Conviction Assessment Fine pursuant to Section 70373 of the Government Code.
Defendant is to submit blood and saliva samples pursuant to Section 296 of the Penal Code. **(Compliance: February 8, 2006 per CRIMS.)**
Restitution is reserved and to be determined.
Protective Order is to remain in full force and effect.

It is further **ORDERED** that the defendant is remanded into the custody of the Sheriff of the County of Alameda to be by him delivered to (X) the Director of Corrections of the State of California at San Quentin, California ( ) the California Institution for Women at Chowchilla, California.

PC3RO



INMATE COPY

The foregoing instrument is a
correct copy of the original on
file in this office.

ATTEST    MAR    2011

Executive Officer/Clerk of the Superior Court.
State of California, County of Alameda
BY                          DEPUTY

UNITED STATES DIST COURT
EASTERN DIST OF CALIFORNIA
501 I ST. SUITE
SACRAMENTO, CA. 95814

## CERTIFICATE OF SERVICE CASE NO LAW SUITE

Case Name: **Cardenas, Danny v. B.S.**
**Edwards, et al.**

No.   **2:19-cv-00691-TLN-DMC**

I hereby certify that on June 8, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**Waiver of Service of Summons**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On June 8, 2020, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Danny Cardenas
G36254
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640
Pro Se

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 8, 2020, at Sacramento, California.

| | |
|---|---|
| C. Rojas | /s/ C. Rojas |
| Declarant | Signature |

SA2020301256
POS.docx   FEDRAL SUIT

ASIO 4.19-CV-08450 JSW
Judge Jefferey S. WHIT
NORTHERN DIST COURT SUITE 400
1300 CLAY ST. SUITE 400
OAKLAND, CA. 94612

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
BRUCE MCGIBIN
ATTORNEY GeneRAl XAViER BeceRRA

TELEPHONE NO.:      FAX NO.:
ATTORNEY FOR *(Name):* DANNY CARAenAS FiliNg civil LAW SviTe SivIO,000
SUPERIOR COURT OF CALIFORNIA, COUNTY OF FedRAl COuRT
STREET ADDRESS: ClAy ST SviTe400
MAILING ADDRESS: 1300
CITY AND ZIP CODE: OAKIANA, CA. 94612
BRANCH NAME:

CASE NAME: 4:19-cv-08450 JSW
2:19-cv-C0691-TLN-DMC-P

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited   ☐ Limited | ☐ Counter   ☒ Joinder | |
| (Amount demanded exceeds $25,000) | (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Jeffery S WHiTe   DEPT: FedRAl CouRT CivilLAW Sviie |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☒ Auto (22) | ☒ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☒ Rule 3.740 collections (09) | ☒ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☒ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☒ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | ☒ Other contract (37) CAWSviTe | ☐ Environmental/Toxic tort (30) |
| ☒ Medical malpractice (45) | **Real Property** | ☒ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☒ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☒ Business tort/unfair business practice (07) | ☐ Other real property (26) | ☒ Enforcement of judgment (20) |
| ☒ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☒ Defamation (13) | ☐ Commercial (31) | ☒ RICO (27) |
| ☒ Fraud (16) | ☐ Residential (32) | ☒ Other complaint *(not specified above)* (42) |
| ☒ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☒ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☒ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☒ Other petition *(not specified above)* (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | CiViL LAW ClAiM 0f 10,000 |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☒ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☒ is ☐ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☒ Large number of separately represented parties    d. ☐ Large number of witnesses
   b. ☒ Extensive motion practice raising difficult or novel    e. ☒ Coordination with related actions pending in one or more courts issues that will be time-consuming to resolve    in other counties, states, or countries, or in a federal court
   c. ☒ Substantial amount of documentary evidence    f. ☒ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☐ monetary   b. ☒ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):*   SgT. JUCTiON SPPORVISOR C/o C. BRook /9/6 EdwARds
5. This case ☒ is ☐ is not *a class action suit.*   SUPeRViSOR ATToRNey GeNeRAl YAVieR BeCeRRA
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 10/6/2020   DANNYJR CARdenAS ▶

   (TYPE OR PRINT NAME)                       (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

**Mule Creek State Prison**

Name: DANNY CAZILHAS

CDC#: G 36254

Facility D _____ Building 18 Cell C-105

P.O. Box 409020

Ione, CA 95640

CALIFORNIA DEPARTMENT OF CORRECTIONS
AND REHABILITATION INDIGENT INMATE MAIL

Facility Post Office Boxes

| Facility A | P.O. Box 409020 |
| Facility B | P.O. Box 409040 |
| Facility C | P.O. Box 409060 |
| Facility D | P.O. Box 409089 |
| Facility E | P.O. Box 409090 |
| Facility Minimum | P.O. Box 409000 |

PRISON GENERATED MAIL

Mule Creek State Prison

P.O. Box 409099

Ione, CA 95640



FelkRAI JUDGE
U.S. NORTHERN DIST COURT CALIFORNIA
1300 CLAY ST SUITE 400
OAKLAND CA 94612

U.S. POSTAGE >> PITNEY BOWES

ZIP 95640
02 4W
0000338561

$ 000.50°
OCT 07 2020

## UNAUTHORIZED ITEMS WITHIN INMATE MAIL

Mail containing any of the following items will be disallowed:

- Padded envelopes or cardboard containers.
- Cardstock, sketch pads, construction paper or colored paper.
- Musical greeting cards, videos, CD's or Cassette tapes.
- Cash, coins, pennies or markers.
- Identification cards, credit cards, bank cards, phone cards, etc.
- Polaroid photographs, negatives, slides or photo albums. Photos depicting drugs and/or drug paraphernalia. Photos, drawings, magazine articles, and/or pictorials displaying frontal nudity of either gender are not allowed. Nothing that depicts displays, or describes sexual penetration or sexual act will be allowed.
- Gang affiliated material, hand gestures or signs.
- Clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers glue or glitter.
- Tattoo patterns or tracing patterns. No jewelry will be allowed.
- Mail containing any unknown substance, powder, liquid, or solid.
- Lipstick, perfume, cologne, or scent of any kind.
- Anything deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of mail policies and procedures.
- Mail that does not have a full return address.

## AUTHORIZED ITEMS WITHIN INMATE MAIL

Incoming mail must weigh less than 13 ounces.

- 40 postage stamps/pre-stamped envelopes.
- Letters.
- Greeting cards.
- Photographs (no larger than 8" x10")
- Checks/Money orders with inmate's name and CDCR#.
- Writing Paper (white/yellow lined only).
- Publications (books, magazines, newspapers) MUST come directly from vendor.
- For funds to be mailed directly to inmate's account, send through www.jpay.com or (800) 574-5729.